UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE PIACITELLI | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:22-CV-193-FL |
| MARTIN O'MALLEY, Commissioner of | ) | |
| the Social Security Administration | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2024, that defendant pay to plaintiff $6,600.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on July 1, 2024, and Copies To:**
David F. Spunzo (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


July 1, 2024                                PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collns, Deputy Clerk